ADOLPHUS GRAVES v. THE JOINT BOARD OF SCHOOL. INSPECTORS OF THE TOWNSHIPS OF BENTON AND GRANT, CHEBOYGAN COUNTY.

*Fractional school-district—Alteration of boundaries—Jurisdiction:.*

The requirement of 3 How. Stat. § 5040, that, whenever the proper boards of school inspectors shall contemplate an alter- ation of the boundaries of a fractional district, the clerks of the several townships interested shall give at least 10 days' notice of the time and place of the meeting of the inspect- ors, and the alteration proposed, by posting such notice in three public places in the townships, one of which shall be in each of the districts that may be affected by such alteration, is jurisdictional, and proof of posting such notice should be filed with the clerk of the joint board before any action is taken.

*Certiorari* to review proceedings to alter the boundaries of a fractional school-district.   Submitted on briefs Octo- ber 31, 1894.   Proceedings quashed December 7, 1894. The facts are stated in the opinion.

*Frank Shepherd,* for petitioner.

McGRATH, C. J.   This is *certiorari* to review the action of certain boards of school inspectors of the townships of Benton and Grant in attempting to alter the boundaries

of a fractional school-district. The records of the meeting, returned here, do not contain any evidence that proof was made of the posting of the notice of the meeting; and the only notice appearing, if any was posted, was signed by the clerk of Benton township only.

.The statute requires that, in case of a proposed alteration of a fractional district, the notice shall be given by the clerk of each interested township, and that it shall be posted in each of such townships. 3 How. Stat. § 5040. The statutory requirement is jurisdictional, and proof of posting such notice should be filed with the clerk of the joint board before any action is taken. *Coulter v. School Inspectors*, 59 Mich. 391; *School-District No. 3 v. School-District No. 1*, 63 Id. 51; *Fractional School-District v. School Inspectors*, 63 Id. 611; *Fractional School-District v. Metcalf*, 93 Id. 497. It appears by an amended return that no further proceedings have been taken to carry into effect the action here complained of.

The proceedings must be quashed and held for naught, with costs to petitioner.

. The other Justices concurred.